1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRIAN KEITH MCNUTT,                          No.  2:20-cv-0780 AC P

12                 Plaintiff,

13          v.                                      ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14    JOHN DOE,

15                 Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  ECF No. 1.  The matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          By order issued June 30, 2020, plaintiff was ordered to file a completed in forma pauperis

21    affidavit and a certified copy of his prison trust account statement, and he was cautioned that

22    failure to do so would result in a recommendation that this action be dismissed.  The twenty-one-

23    day period has now expired, and plaintiff has not filed the required documents.

24          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court shall

25    randomly assign a District Court Judge to this case, and

26          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

27          These findings and recommendations are submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 27, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE